166 So.2d 518

**Albert ZALES**

**v.**

**STATE of Louisiana.**

No. 47404.

July 23, 1964.

In re: Albert Zales applying for writ of habeas corpus.

Not considered. The application does not conform with the rules of this Court.

166 So.2d 518

**STATE of Louisiana ex rel. John Paul McINTYRE**

**v.**

**H. L. HANCHEY, Warden, Louisiana State Penitentiary.**

No. 47408.

Aug. 3, 1964.

In re: John Paul McIntyre applying for writ of habeas corpus.

Application for a writ of habeas corpus denied. The showing made by relator is not sufficient to justify this Court exercising its jurisdiction.